J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA L. HARTSOCK, | Case No. 5:22-cv-00256-SSS-KKx |
| Plaintiff, | **JUDGMENT CONFIRMING ARBITRATION AWARD** |
| vs. | **[9 U.S.C. § 9]** |
| DISCOVER BANK, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, | |
| Defendant. | |

**JUDGMENT is hereby ENTERED as follows:**

    (a)   in favor of defendant Discover Bank against Plaintiff Monica Hartsock as to all claims that Plaintiff asserted against Discover Bank in this action;

    (b)   the Final Arbitration Award, dated February 24, 2023, in favor of Discover Bank in the arbitration entitled <u>Monica Hartsock vs. Discover Bank</u>, before the American Arbitration Association, Case Number 01-22-0001-5872 is CONFIRMED;

    (c)   Plaintiff's claims are dismissed in their entirety and with prejudice;

    (d)   Discover Bank and Plaintiff are responsible for their respective attorneys' fees, expert fees, and costs.

DATED: September 29, 2023

_____
The Honorable Sunshine S. Sykes
UNITED STATES DISTRICT COURT JUDGE